STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALETHEA SARGENT (CABN 288222)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    Email: alethea.sargent@usdoj.gov

Attorneys for United States of America

**FILED**

Feb 17 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 11-CR-203 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE DETENTION HEARING FROM FEBRUARY 21, 2023, TO FEBRUARY 22, 2023, ORDER |
| v. | ) | |
| ALTON STRICKLAND, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Alton Strickland, that the scheduled status and detention hearing be continued from February 21, 2023, to February 22, 2023.

At the initial appearance on the filed Form 12 held on February 17, 2023, probation represented to the Court that it intended to do a home visit to assess the potential for Mr. Strickland's release there. Probation has informed the government that it will not be able to conduct that visit prior to court on February 21 given that February 20 is a holiday. The parties jointly request that the matter be continued to February 22 so that probation can complete the necessary assessment.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIPULATION TO CONTINUE AND ORDER
Case No. CR 11-cr-203

v. 7/10/2018

IT IS SO STIPULATED.

DATED:     2/17/23                               /s/
                                        ALETHEA M. SARGENT
                                        Assistant United States Attorney

DATED:     2/17/23                               /s/
                                        ELISSE LAROUCHE
                                        Counsel for Defendant Alton Strickland

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, the status and detention hearing currently scheduled for February 21, 2023, is hereby continued to February 22, 2023.

IT IS SO ORDERED.

DATED:  February 17, 2023

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

DONNA M. RYU
United States Magistrate Judge